UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:10-CR-131 |
| v. | : | **ORDER FOR DISMISSAL** |
| ADAM BEETZ | : | CHIEF JUDGE DLOTT |

- - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 2-4 of the Indictment against the defendant, ADAM BEETZ.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Glassman @usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

2/7/12
DATE

SUSAN J. DLOTT, Chief Judge
United States District Court